IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **SARIDA FORD, ET AL,** <br> Plaintiffs <br> vs. <br> **UNITED STATES OF AMERICA**, <br> Defendant | NO. 4:22-cv-00405-RK |

# CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs certifies that Plaintiffs' Deposition Notice along with a copy of this certificate of service, were sent on January 12, 2023, via email to Charles M. Thomas, Assistant United States Attorney, Charles Evans Whittaker Courthouse, 400 East Ninth Street, Room 5510, Kansas City, Missouri 64106, charles.thomas@usdoj.gov.

Respectfully Submitted,

/s/ Laurie Higginbotham
LAURIE HIGGINBOTHAM, *pro hac vice*
   lhigginbotham@nationaltriallaw.com
   Texas State Bar #50511759
STEVEN HASPEL, *pro hac vice*
   shaspel@nationaltriallaw.com
   Texas State Bar #24109981
TOM JACOB, *pro hac vice*
   tjacob@nationaltriallaw.com
   Texas State Bar #24069981
**WHITEHURST, HARKNESS,**
   **BREES, CHENG, ALSAFFAR,**
   **HIGGINBOTHAM, & JACOB P.L.L.C.**
1114 Lost Creek Blvd, Ste 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

MICHAEL E. CAMPBELL
mike.campbell@thomaslawoffices.com
Missouri State Bar # 63745
**THOMAS LAW OFFICE**
2600 Forum Blvd. Ste B1
Columbia, MO 65203
(573) 607-1818 (o)
(573) 447-7730 (f)

Attorneys for Plaintiffs